UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. |
| v. : | |
| : | (Judge         ) |
| TRACEY BISCONTINI, : | |
| : | |
| Defendant. : | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

INTRODUCTION

At all times material to the Information:

1. The defendant, TRACEY BISCONTINI was the owner, operator and sole shareholder of Northeast Editing, Inc. ("NEI"), an S-corporation located in Jenkins Township, Pennsylvania, within the Middle District of Pennsylvania.

2. During the calendar years 2014 through 2019, NEI was required to withhold federal taxes from employees' pay, including income taxes and Federal Insurance Contribution Act taxes (collectively, "federal payroll taxes"). NEI was also required to transmit federal payroll taxes to the Internal Revenue Service ("IRS") on a

1

periodic basis.

3. During that same period, as the owner, operator, and sole shareholders of NEI, TRACEY BISCONTINI was responsible for collecting, accounting for, and paying over federal payroll taxes to the IRS.

## COUNT ONE
### Failure to Pay Over Tax
### 26 U.S.C. § 7202

On or about January 31, 2016, within the Middle District of Pennsylvania, the defendant,

### TRACEY BISCONTINI,

being a person required under Title 26 of the United States Code to collect, account for and pay over federal payroll taxes which were due and owing to the United States of America, did willfully fail to collect and truthfully account for and pay over to the IRS federal payroll taxes for the fourth quarter of 2015, in the total amount of $41,124.11.

2

In violation of Title 26, United States Code, Section 7202.

JOHN C. GURGANUS
United States Attorney

By: _____
JEFFERY ST JOHN
Assistant United States Attorney

Date: 12-13-2021